11, 1946. The motions for leave to file petitions for writs of habeas corpus are denied. *A. Bradley Eben* for petitioner in No. 97 Misc.

No. 98, Misc. FRASER *v.* UNITED STATES. March 11, 1946. The application is denied.

Nos. 67 and 578. THOMAS PAPER STOCK CO. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR;
No. 393. COLLINS ET AL. *v.* BOWLES, PRICE ADMINISTRATOR;
No. 400. UTAH JUNK CO. *v.* BOWLES, PRICE ADMINISTRATOR;
No. 793. BOWLES, PRICE ADMINISTRATOR, *v.* WARNER HOLDING CO.;
No. 805. LENTIN, DOING BUSINESS AS J. LENTIN LUMBER CO., *v.* BOWLES, PRICE ADMINISTRATOR;
No. 826. LEITHOLD ET AL., CO-PARTNERS· TRADING AS CUSTOM MAID BRASSIERE CO., *v.* BOWLES, PRICE ADMINISTRATOR; and
No. 870. TAYLOR ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. March 11, 1946. Porter, Price Administrator, substituted for Bowles.

No. 769. QUEENSIDE HILLS REALTY CO., INC. *v.* WILSON, COMMISSIONER OF HOUSING & BUILDINGS. March 11, 1946. Saxl, present Commissioner, substituted for Wilson.

No. 917. IVERSEN ET AL. *v.* UNITED STATES ET AL. March 25, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is